No. 92–1459. MICHIGAN v. DOMAIAR. Ct. App. Mich. Certiorari denied.

No. 92–1477. MISSOURI PACIFIC RAILROAD CO. v. CONANT. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 92–1497. LEA v. INDEPENDENT FIRE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 92–1515. ALBERICI ET UX. v. UNITED STATES ET AL.; and ALBERICI v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 980 F. 2d 722 (first case); 981 F. 2d 1248 (second case).

No. 92–1525. MOORE ET AL. v. METROPOLITAN WASTE CONTROL COMMISSION ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–1539. HASENSTAB v. McGUIRE, POLICE COMMISSIONER OF NEW YORK, NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied.

No. 92–1562. BROWNING v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7176. CASTELLON v. HATCHER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7454. MOODY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7478. TAYLOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7532. SURASKY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7557. HYDE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7560. CLARK v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92–7670. HURST v. TOWN OF SHELBURN, INDIANA, ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–7766. SHAW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.